IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILL RODGERS**                                                        **PLAINTIFF**

v.                 **CASE NO. 5:18-CV-00133 BSM**

**JEFFERSON COUNTY, et al.**                               **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 3] has been received. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, plaintiff Will Rodgers's complaint [Doc. No. 1] is dismissed without prejudice for failure to comply with the May 30, 2018, order.

IT IS SO ORDERED this 10th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE